## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

United States of America

v.

Ixavier Holman, Jr.

Case No.

23 mj 534 (MEG)

JUN 9 2023 AM 10:41
FILED-USDC-CT-NEW HAVEN

**FILED UNDER SEAL**

June 9, 2023

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A CRIMINAL
### COMPLAINT AND ARREST WARRANT

I, Joshua L. Governale, being first duly sworn, hereby depose and state as follows:

## I.    INTRODUCTION

1.    I am a United States Postal Inspector assigned to the District of Connecticut. I have been with the United States Postal Inspection Service since 2017. I am currently assigned to the Connecticut and Western Massachusetts Financial Crimes Team. As a United States Postal Inspector assigned to the Financial Crimes Team, my duties and responsibilities include, but are not limited to the investigation of mail theft, identity theft, financial crimes, burglaries and robberies. Prior to becoming a U.S. Postal Inspector, I was employed for seven years as a federal air marshal. I have received training in the areas of search and seizure, financial investigations, and criminal law. During my service as a U.S. Postal Inspector, I have conducted or participated in numerous investigations into identity theft, mail theft, mail fraud schemes, and other illegal activities. The investigative techniques that I

have utilized during my career include among other things, controlled deliveries, physical surveillance, electronic surveillance, review of financial documents, and the execution of search warrants.

2.      I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C) and Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 U.S.C. § 3061, and other federal offenses. Based on information known to me as a result of my participation in this investigation, as well as information which I have determined to be accurate and reliable provided to me by other sources, I am familiar with the information discussed herein. Where the contents of documents, or communications with others, are reported herein, they are set forth in substance and part, unless otherwise indicated.

3.      The statements contained in this affidavit are based, in part, on information obtained through: (a) surveillance video; (b) search warrants; (c) forensic analysis (d) subpoenas and (e) my training and experience.

4.      I am the case agent in the investigation of IXAVIER HOLMAN, JR., an adult male born in 1991, in connection with a series of thefts of mail and postal property using a postal key occurring in Connecticut in between December 19, 2022 and the present.  I have participated in the investigation regarding these offenses and, as a result of this participation, as well as from information provided to me by other members of law enforcement, I am thoroughly familiar with the information contained herein.

5.     I submit this affidavit in support of a criminal complaint charging HOLMAN with violations of Title 18, United States Code, Section 1704 (possession of a postal key), Section 1707 (theft of property used by Postal Service) and Section 1708 (theft or receipt of stolen mail matter generally).

6.     This affidavit sets forth facts and evidence sufficient to show probable cause for the criminal complaint but does not set forth all of the facts and evidence that I have gathered during the course of the investigation of this matter.  The statements contained in this affidavit are based on information and belief based, in part, on my review of reports and information provided to me by witnesses and other members of law enforcement.

## II.     INVESTIGATION

### A.     Summary of Investigation

7.     I am investigating the theft of mail and USPS property from "blue box" mail receptables located in New Haven and West Haven, Connecticut. As explained below, two suspects—one believed to be HOLMAN—used a stolen postal key to access and steal mail from these receptacles at least six times between December 2022 and June 2023. I have identified HOLMAN as one of the perpetrators of these thefts on the basis of the following evidence:

a. Surveillance video from the sites of the thefts showing a perpetrator matching HOLMAN's physical description removing mail from USPS receptacles;

b.  Motor vehicle and rental records establishing that three of the vehicles identified at the scenes of the thefts match the make, model, and approximate year of vehicles registered to or rented by HOLMAN;

c.  License plate reader records establishing that two vehicles registered to or rented by HOLMAN were spotted near two of the New Haven thefts at the times of those thefts. The license plate reader records further show that three vehicles registered to or rented by HOLMAN traveled toward Connecticut shortly before several of the thefts and away from Connecticut shortly after;

d.  Fingerprint analysis demonstrating that HOLMAN's fingerprints were located on two white postal tubs removed from a USPS receptacle during one of the thefts; and

e.  Surveillance video at HOLMAN's apartment complex showing him departing and arriving at his apartment carrying two white USPS postal tubs on the same day as one of the thefts. The footage also shows a vehicle matching the description of one of vehicles seen at the site of that theft arriving, departing, and arriving again early in the morning that same day.

**B.  Probable Cause**

*The December 19, 2022 New Haven Mail Theft Incident*

8.  On December 19, 2022, I reviewed video surveillance footage depicting the area in front of the post office located at 95 Fountain Street in New Haven,

Connecticut. The footage captures the theft of mail from USPS collection boxes at that location.

9.    I observed that on December 19, 2022, at approximately 3:08 AM (system time),[1] a dark-colored newer model BMW SUV (Suspect Vehicle 1) parked in front of the post office located at 95 Fountain Street in New Haven, Connecticut. The driver (Suspect 1) had his cellphone in his hand with the cellphone screen illuminated while inside of Suspect Vehicle 1. Suspect 1 exited Suspect Vehicle 1 and was observed to be a heavy-set black male with facial hair who was wearing glasses, a white t-shirt, dark-colored jacket and pants, white socks, and dark-colored slide-in sandals. I note that Suspect 1's appearance is consistent with that of HOLMAN, whom I recognize from a booking photograph taken of him by the Livingston Township Police Department in 2016.

10.    Suspect 1 opened the right-hand-side USPS collection box (when facing the post office from the street) and removed the white postal tub from the inside of the USPS collection box. He placed the white postal tub on the ground between the two USPS collection boxes, closed the USPS collection box, and opened the left-hand-side blue USPS collection box. Suspect 1 removed the white postal tub from the USPS collection box and emptied the contents into the white postal tub on the ground between the USPS collection boxes. Suspect 1 returned the white postal tub to the left-hand-side USPS collection box and closed the box. Suspect 1 picked up a piece of

---

[1] In observing the footage, I noted that the video surveillance system time was approximately 1 minute and 24 seconds ahead of the actual time.

mail on the ground and placed it in the white postal tub located between the USPS collection boxes. Suspect 1 then picked up the white postal tub located between the USPS collection boxes and emptied the contents of the white postal tub onto the front passenger seat of Suspect Vehicle 1. After that, Suspect 1 placed the white tub on the ground between the two USPS collection boxes, returned to Suspect Vehicle 1, and drove away.

*The February 13, 2023 West Haven Mail Theft Incident*

11.    On March 7, 2023, I reviewed video surveillance footage depicting the area at the post office located at 589 Campbell Avenue in West Haven, Connecticut. The footage captures the theft of mail from a USPS collection box at that location.

12.    I observed that on February 13, 2023, at approximately 12:25 AM (system time),[2] a dark-colored BMW SUV matching the description of Suspect Vehicle 1 from the December 19, 2023 mail theft incident in New Haven drove past the post office located at 589 Campbell Avenue in West Haven, Connecticut, turned around in the street, and parked in front of the post office. The driver had his cellphone in his hand with the cellphone screen illuminated while inside of Suspect Vehicle 1. The driver exited Suspect Vehicle 1 and walked in front of the USPS collection boxes. I observed that the driver substantially matched the clothing and appearance of Suspect 1 from the December 19, 2022 mail theft incident. Suspect 1 was also wearing a dark-colored hat. Suspect 1 removed his cellphone from his pocket, caused the

---

[2] In observing the footage, I noted that the video surveillance system time was approximately 3 minutes and 41 seconds ahead of the actual time.

screen to illuminate, and touched the screen a few times. Suspect 1 then returned to Suspect Vehicle 1 and drove away.

13.     The surveillance footage further depicts that about four hours later, at approximately 4:24 AM (system time), what appeared to be the same dark-colored BMW SUV parked in front of the post office located at 589 Campbell Avenue in West Haven, Connecticut. Suspect 1 had his cellphone in his hand with the cellphone screen illuminated while inside of Suspect Vehicle 1. Suspect 1 exited Suspect Vehicle 1 and approached the USPS collection boxes while holding his cellphone in his hand with the screen illuminated. Suspect 1 opened the left-hand-side USPS collection box, placed his cellphone in his pocket, removed the white postal tub, and closed the USPS collection box. Suspect 1 placed the white postal tub in the front passenger seat area of Suspect Vehicle 1. Suspect 1 then opened the right-hand-side USPS collection box and removed mail from the white postal tub before closing the USPS collection box. Suspect 1 placed the mail in the passenger seat area of Suspect Vehicle 1, entered the driver's seat, and drove away.

*The April 10, 2023 West Haven Mail Theft Incident*

14.     On April 12, 2023, I reviewed video surveillance footage depicting the area at the post office located at 589 Campbell Ave in West Haven, Connecticut. The footage captures the theft of mail from a USPS collection box at that location.

15.     I observed that on April 10, 2023, at approximately 2:42 AM (system time),[3] a dark-colored BMW SUV matching the description of Suspect Vehicle 1 from the December 19, 2023, mail theft incident in New Haven and the February 13, 2023, mail theft incident in West Haven drove past the post office located at 589 Campbell Avenue in West Haven, Connecticut, turned around in the street, and parked in front of the post office. The front passenger exited Suspect Vehicle 1 and was observed to be a black male with a medium build. He opened the left-hand-side USPS collection box, removed the white postal tub, and closed the USPS collection box. The passenger emptied the contents of the white postal tub into the rear-passenger area of Suspect Vehicle 1 and then returned the tub to the left-hand-side USPS collection box. After that, the passenger opened the right-hand-side USPS collection box, removed mail from the white postal tub, closed the USPS collection box door and placed the stolen mail underneath his coat. He then returned to the front-passenger seat of Suspect Vehicle 1, which performed a U-turn and drove away.

*The May 1, 2023 West Haven Mail Theft Incident*

16.     On May 1, 2023, I reviewed video surveillance footage depicting the area at the post office located at 589 Campbell Ave in West Haven, Connecticut. The footage captures the theft of mail from a USPS collection box at that location. I

---

[3] In observing the footage, I noted that the video surveillance system time was approximately 3 minutes and 59 seconds ahead of the actual time.

observed that on May 1, 2023, at approximately 2:19 AM (system time),[4] a grey newer-model Toyota Camry (Suspect Vehicle 2) pulled up in front of the post office and stopped near the USPS collection boxes. The front passenger exited Suspect Vehicle 2 and removed the white postal tub from the USPS collection receptable using a key. The passenger emptied the contents of the white postal tub in the rear passenger-side of Suspect Vehicle 2 and then returned the white postal tub to the collection box. The passenger briefly returned to the front passenger side of Suspect Vehicle 2. The passenger then opened the other USPS collection box using a key and removed the white postal tub. The passenger emptied the contents of the white postal tub in the rear passenger-side of Suspect Vehicle 2 and then returned to the white postal tub to the regular USPS collection box. The passenger reentered the front passenger-side of Suspect Vehicle 2. Suspect Vehicle 2 performed a U-turn and left the area.

*The May 8, 2023 West Haven Mail Theft Incident*

17.    On May 8, 2023, I reviewed video surveillance footage depicting the area at the post office located at 589 Campbell Ave in West Haven, Connecticut. The footage captures the theft of mail from a USPS collection box at that location.

---

[4] In observing the footage, I noted that the video surveillance system time was approximately 4 minutes and 8 seconds ahead of the actual time.

18.    I observed that on May 8, 2023, at approximately 1:42 AM (system time),[5] a grey newer-model Toyota Camry matching the description of Suspect Vehicle 2 from the May 1, 2023 West Haven mail theft incident pulled up in front of the post office and stopped near the USPS collection boxes. Suspect Vehicle 2 then drove forward and reversed back in front of the USPS collection boxes. The front passenger exited Suspect Vehicle 2 and was observed to be a black male with a heavy build. The passenger removed the white postal tub from the USPS collection box using a key. The passenger placed the white postal tub on the ground and collected more mail from the collection box. The passenger then placed the white postal tub in the rear passenger-side of Suspect Vehicle 2 and reentered the front passenger side of Suspect Vehicle 2. At approximately 1:45:50 AM system time, the passenger exited Suspect Vehicle 2 and opened the other collection box with a key. The passenger placed the white postal tub on the ground and collected more mail from the collection box. The passenger placed the white postal tub the rear passenger side of Suspect Vehicle 2 and then reentered Suspect Vehicle 2. Suspect Vehicle 2 performed a U-turn and left the area.

*The May 15, 2023 New Haven and West Haven Mail Theft Incidents*

19.    On May 15, 2023, I reviewed video surveillance footage depicting the area at the post office located at 95 Fountain Street in New Haven, Connecticut. The footage captures the theft of mail from a USPS collection box at that location.

---

[5] In observing the footage, I noted that the video surveillance system time was approximately 4 minutes and 12 seconds ahead of the actual time.

20.     I observed that on May 15, 2023, at approximately 2:42 AM (system time),[6] a "lime rush" colored 2022 or 2023 Toyota 4Runner (Suspect Vehicle 3) stopped in front of the post office. The front passenger exited Suspect Vehicle 3 and was observed to be a black male with a medium to heavy build. He opened the right-hand-side USPS collection box using a key and left the collection box door open. The passenger then opened the left-hand-side USPS collection box using a key. The passenger took the mail from out of the white postal tub inside of the left-hand-side USPS collection box and placed it in the white postal tub inside of the right-hand-side USPS collection box. The passenger removed the remaining mail from the left-hand-side USPS collection box and placed it inside of the right-hand-side USPS collection box. The passenger returned the white postal tub to the left-hand-side USPS collection box and closed the door. The passenger removed the white postal tub from the right-hand-side USPS collection box and closed the door. The passenger opened the rear passenger-side door of Suspect Vehicle 3, emptied the mail from the postal tub into a white postal tub that was already in Suspect Vehicle 3 and then placed the white postal tub the rear passenger area of Suspect Vehicle 3. The passenger returned to the front passenger seat and can be seen using his cellphone. The driver of Suspect Vehicle 3 can also be seen holding a cellphone. Suspect Vehicle 3 then left the area.

---

[6] In observing the footage, I noted that the video surveillance system time was approximately 7 minutes and 40 seconds ahead of the actual time.

21.     On May 17, 2023, I reviewed video surveillance footage depicting the area at the post office located at 589 Campbell Ave in West Haven, Connecticut. The footage captures the theft of mail from USPS collection boxes at that location.

22.     I observed that on May 15, 2023, at approximately 2:58:30 AM (system time)[7], a "lime rush" colored 2022 or 2023 Toyota 4Runner matching the description of Suspect Vehicle 3 passed the post office driving southeast, performed a U-turn at the intersection with Center Street and stopped in front of the post office. The front passenger, a black male with a medium to heavy build, exited Suspect Vehicle 3 and is seen holding a white postal tub. The passenger placed the white postal tub in the front passenger area of Suspect Vehicle 3 and closed the door. The passenger stood next to Suspect Vehicle 3, stretched, reopened the front passenger door, and grabbed the white postal tub. The passenger placed the white postal tub on the ground in front of the USPS collection boxes. The passenger opened both collection boxes with a key before removing the contents of both collection boxes and placing them in Suspect Vehicle 3. The suspect returned the white postal tub to the regular collection box and then returned to the front passenger seat of Suspect Vehicle 3, which performed a U-turn in front of the post office and left the area.

---

[7] In observing the footage, I noted that the video surveillance system time was approximately 4 minutes and 16 seconds ahead of the actual time.

*The May 30, 2023 New Haven and West Haven Mail Theft Incidents*

23.    On May 30, 2023, I reviewed video surveillance footage depicting the area at the post office located at 95 Fountain Street in New Haven, Connecticut. The footage captures the theft of mail from a USPS collection box at that location.

24.    I observed that on May 30, 2023, at approximately 2:51 AM (system time),[8] a light colored 2022 or 2023 Toyota 4Runner matching the description of Suspect Vehicle 3 stopped in front of the post office. The driver, who matched the description of Suspect 1, and the front passenger exited Suspect Vehicle 3. The passenger opened the left-hand-side USPS collection box using a key and left the collection box door open while Suspect 1 opened the rear driver side door of Suspect Vehicle 3 and then approached the USPS collection boxes with two white postal tubs. Suspect 1 placed one of the white postal tubs on the ground, removed the white postal tub from the left-hand-side USPS collection box and placed the white postal tub from the collection box into the white postal tub that Suspect 1 brought from Suspect Vehicle 3 Suspect 1 retrieved the mail from the left-hand-side white postal tub while the passenger retrieved the mail from the right-hand-side white postal tub. The passenger removed the white postal tub from the right-hand-side USPS collection box and handed the mail to the driver. Suspect 1 opened the rear passenger side door of Suspect Vehicle 3 and placed the mail into a white postal tub on the rear seat. The passenger placed the white postal tub from the right-hand-side USPS collection box

---

[8]  In observing the footage, I noted that the video surveillance system time was approximately 8 minutes and 51 seconds ahead of the actual time.

into the white postal tub on the ground and returned the white postal tubs to the right-hand-side USPS collection box. The passenger then closed both USPS collection boxes using a key. Suspect 1 and the passenger returned to Suspect Vehicle 3. Suspect Vehicle 3 performed a U-turn and left the area. Suspect 1 was wearing a white t-shirt, dark pants/sweatpants, white socks and black slide-in sandals.

25.    On May 30, 2023, I reviewed video surveillance footage depicting the area at the post office located at 589 Campbell Avenue in West Haven, Connecticut. The footage captures the theft of mail from a USPS collection box at that location.

26.    I observed that on May 30, 2023, at approximately 3:03 AM (system time),[9] a "lime rush" colored 2022 or 2023 Toyota 4Runner matching the description of Suspect Vehicle 3 drove past the post office and performed a U-turn on Campbell Avenue. At approximately 3:04:24 AM system time, Suspect Vehicle 3 stopped in front of the post office and the front passenger, a black male with a medium to heavy build, exited Suspect Vehicle 3. The passenger opened the regular United States Postal Service (USPS) collection box and then the USPS Express collection box using a key. The passenger emptied the mail from the white postal tub from the regular USPS collection box into the white postal tub from the USPS Express collection box. The passenger returned the white postal tub to the regular USPS collection box and closed the door. The passenger picked up mail from the ground that had fallen when transferring the mail and placed it into the white postal tub from the USPS Express

---

[9]    In observing the footage, I noted that the video surveillance system time was approximately 4 minutes and 22 seconds ahead of the actual time.

collection box. The passenger removed the white postal tub from the USPS Express collection box and closed the door. The passenger placed the white postal tub in the rear passenger seat area of Suspect Vehicle 3 and then removed the white postal tub and placed it into the rear door/hatch of Suspect Vehicle 3. The passenger returned to the front passenger seat and Suspect Vehicle 3 performed a U-turn in front of the post office and left the area.

27.     On May 30, 2023, I reviewed video surveillance footage depicting the area at CVS located at 844 Jones Hill Road in West Haven, Connecticut. The footage captures the theft of mail from a USPS collection box at that location.

28.     I observed that on May 30, 2023, at approximately 3:15 AM, a light colored 2022 or 2023 Toyota 4Runner matching the description of Suspect Vehicle 3 drove into the CVS parking lot and reversed into a spot near the USPS collection box outside of CVS. The front passenger, a black male with a medium to heavy build, exited Suspect Vehicle 3. The passenger approached the USPS collection box and appeared to use a key. The video surveillance footage stopped at 3:15:47 AM and resumed at 3:16:08 AM. When the video surveillance footage resumed, the passenger was still in front of the USPS collection box and appeared to be securing the door with the key. The passenger returned to Suspect Vehicle 3 and opened the rear passenger side door. The passenger appears to place something in the rear passenger side area of Suspect Vehicle 3. The passenger closed the rear passenger door and entered the front passenger door. Suspect Vehicle 3 then left the area.

*The June 5, 2023 New Haven and West Haven Mail Theft Incidents*

29.    On June 5, 2023, I reviewed video surveillance footage depicting the area at the post office located at 95 Fountain Street in New Haven, Connecticut. The footage captures the theft of mail from a USPS collection box at that location.

30.    I observed that on June 5, 2023, at approximately 2:00 AM (system time),[10] a "lime rush" 2022 to 2023 Toyota 4Runner matching the description of Suspect Vehicle 3 pulled up in front of the post office. The driver can be seen holding a phone while inside of the vehicle and matches the appearance of Suspect 1. The front passenger briefly opened the front passenger door, but never exited Suspect Vehicle 3. Suspect Vehicle 3 then left the area. At approximately 2:03 AM (system time)[11], Suspect Vehicle 3 pulled up in front of the post office again and the front passenger, a black male with a medium to heavy build, exited Suspect Vehicle 3. The passenger opened the left-hand USPS collection box using a key and left the collection box door open. The passenger then opened the right-hand-side USPS collection box. The passenger removed mail from the white postal tub in the right-hand-side USPS collection box and transferred the mail to the white postal tub in the left-hand-side USPS collection box. The passenger then secured the right-hand-side USPS collection box door. The passenger removed the white postal tub from the left-hand-side USPS

---

[10] In observing the footage, I noted that the video surveillance system time was approximately 9 minutes and 18 seconds ahead of the actual time.

[11] In observing the footage, I noted that the video surveillance system time was approximately 9 minutes and 18 seconds ahead of the actual time.

collection box, opened the rear passenger side door of Suspect Vehicle 3 and emptied the mail from the white postal tub into a white postal tub on the rear passenger seat. The passenger briefly closed the rear passenger side door, reopened it, and removed the empty white postal tub from Suspect Vehicle 3. The passenger returned the empty white postal tub to the left-hand-side USPS collection box. The passenger returned to the front passenger seat of Suspect Vehicle 3. Suspect Vehicle 3 then left the area.

31.    On June 5, 2023, I reviewed video surveillance footage depicting the area at the post office located at 589 Campbell Avenue in West Haven, Connecticut. The footage captures the theft of mail from a USPS collection box at that location.

32.    I observed that on June 5, 2023, at approximately 2:21 AM (system time),[12] a "lime rush" 2022 to 2023 Toyota 4Runner matching the description of Suspect Vehicle 3 drove past the post office, performed a U-turn on Campbell Avenue and then stopped in front of the post office. The front passenger exited Suspect Vehicle 3 and opened the regular (non-Express) USPS collection box using a key and left the collection box door open. The passenger then opened the Express USPS collection box. The passenger emptied the mail from the white postal tub from the regular USPS collection box and into the white postal tub from the Express USPS collection box. The passenger returned the empty white postal tub to the regular USPS collection box and placed the white postal tub from the Express USPS collection box on the ground. The passenger then secured both USPS collection boxes. The

---

[12] In observing the footage, I noted that the video surveillance system time was approximately 4 minutes and 27 seconds ahead of the actual time.

passenger opened the rear passenger door of Suspect Vehicle 3 and then closed it. The passenger then opened the rear door/hatch of Suspect Vehicle 3 and emptied the mail from white postal tub. The passenger closed the rear door/hatch and returned an empty white postal tub to the Express USPS collection box. The passenger returned to the front passenger seat of Suspect Vehicle 3. Suspect Vehicle 3 performed a U-turn in front of the USPS collection boxes and left the area.

*Fingerprint Analysis*

33.     Fingerprint analysis was conducted by the USPIS Service Forensic Laboratory Services on the two white postal tubs collected from the December 19, 2023 New Haven mail theft incident. A total of 11 latent prints were recovered from the tubs. USPIS Forensic Laboratory Services requested HOLMAN's fingerprints from the FBI[13] and compared them to the 11 latent prints that were recovered from the two white postal tubs. Five of those fingerprints, which were recovered from the exterior sides of the white postal tub located between the two USPS collection boxes, matched those of HOLMAN.

*The Blue BMW X5*

34.     New Jersey Motor Vehicle Commission records indicate that HOLMAN has a blue 2020 BMW X5 registered to him and resides at an address that is known to me and shall be referred to in this affidavit as the Subject Premises. The blue 2020 BMW X5 bears a license plate identifier that is known to me (the "HOLMAN License

---

[13] The FBI had HOLMAN's fingerprints on file because of a previous state arrest.

Plate") and the vehicle matches the description of Suspect Vehicle 1 seen in video of the December 19, 2022, February 13, 2023, and April 10, 2023 mail theft incidents.

*Cellular Tower Records*

35.    On April 5, 2023, I executed a search warrant for cellular tower records related to the mail theft incidents that occurred on December 19, 2022, and February 13, 2023. Analysis of the cellular tower records shows that only two phone numbers, which are known to me and end in the numbers 3137 (the 3137 Number) and 4705 (the 4705 Number), were in both locations during the times of the thefts. Thomson Reuters CLEAR, a record database, states that the 3137 Number is associated with HOLMAN at the Subject Premises. Cellular tower records indicate the 4705 Number's Access Point Name is associated with bmwgroup.com.

*The Blue BMW X5 License Plate Reader Records*

36.    On April 10, 2023, a License Plate Reader (LPR)[14] captured the HOLMAN License Plate traveling northbound at 12:28 AM on the George Washington Bridge and then traveling northbound on the Hutchinson River Parkway in Scarsdale, New York at 1:00 AM. Suspect Vehicle 1 is seen on video surveillance at 589 Campbell Ave in West Haven at 2:38 AM,[15] and the passenger of Suspect Vehicle 1 is then seen stealing mail from the USPS collection boxes located in front of the post office at 589 Campbell Avenue in West Haven. An LPR then captured the

---

[14] An LPR is a computer-controlled camera that automatically captures all license plate numbers that come into view, along with the location, date, and time, and uploads them into a central service.

[15] Time adjusted from system time to actual time. Reference footnote 3 for time difference.

HOLMAN License Plate heading southbound on Hutchinson River Parkway in Scarsdale, New York at 3:46 AM and on the Bronx River Parkway in Yonkers, New York at 3:54 AM on April 10, 2023. An LPR then captured the HOLMAN License Plate heading southbound on the George Washington Bridge at 4:11 AM. The LPR activity is consistent with the blue BMW traveling from the Subject Premises to West Haven, Connecticut to steal mail and then returning.

*The Toyota Camry License Plate Reader Records*

37.     LPRs in New Haven captured a license plate that is known to me ("the Camry License Plate") operating in New Haven on May 1, 2023, at 1:48 AM. The Camry License Plate is assigned to a grey 2021 Toyota Camry that matches the description of Suspect Vehicle 2. The vehicle is registered to EAN Holdings (Enterprise Rent-A-Car). EAN Holdings records indicate that on May 1, 2023, and May 8, 2023, the vehicle was being rented by HOLMAN.

38.     On April 30, 2023, an LPR captured the Camry License Plate traveling northbound at 10:42 PM on the George Washington Bridge. At 11:13 PM, the Camry License Plate was captured traveling northbound on the Bronx River Parkway in Yonkers, New York and then again traveling northbound on the Hutchinson River Parkway in Scarsdale, New York at 11:28 PM. A grey Toyota Camry is seen on video surveillance at 589 Campbell Avenue in West Haven at 2:15 AM[16] on May 1, 2023. The passenger of the grey Toyota Camry is seen stealing mail from the USPS

---

[16] Time adjusted from system time to actual time.  Reference footnote 4 for time difference.

collection boxes located at 589 Campbell Avenue in West Haven. On May 1, 2023, at 4:31 AM, a LPR captured the Camry License Plate traveling southbound on the Hutchinson River Parkway in Scarsdale, New York. A LPR then captured the Camry License Plate traveling southbound on the Bronx River Parkway at 4:45 AM and on the George Washington Bridge traveling southbound at 5:06 AM. The LPR activity is consistent with the grey Toyota Camry traveling from and to the Subject Premises to West Haven, Connecticut to steal mail.

39.    On May 7, 2023, an LPR captured the Camry License Plate traveling northbound at 10:37 PM on the George Washington Bridge. At 10:57 PM, the Camry License Plate was captured traveling northbound on the Hutchinson River Parkway in Scarsdale, New York. At 1:12 AM on May 8, 2023, the Camry License Plate was traveling westbound on McLean Ave in Yonkers, New York. A grey Toyota Camry is seen on video surveillance at 589 Campbell Avenue in West Haven at 1:38 AM[17] on May 8, 2023. The passenger of the grey Toyota Camry is then seen stealing mail from the USPS collection boxes located at 589 Campbell Avenue in West Haven. On May 8, 2023, at 4:24 AM, an LPR captured the Camry License Plate traveling southbound on I-95 in Rye, New York. An LPR then captured the Camry License Plate traveling southbound on the George Washington Bridge traveling southbound at 4:42 AM. The LPR activity is consistent with the grey Toyota Camry traveling from and to the Subject Premises to West Haven, Connecticut to steal mail.

---

[17] Time adjusted from system time to actual time.  Reference footnote 5 for time difference.

*Toyota 4Runner License Plate Reader Records*

40.    LPRs in New Haven captured a "lime rush" Toyota 4Runner operating in New Haven on May 15, 2023, at 2:16 AM that matched the description from the May 15, 2023 New Haven and West Haven mail theft incidents. The same vehicle was recognized again by an LPR on a New Haven Police Department patrol vehicle in the center lane of Elm Street near Church Street in New Haven. The "lime rush" Toyota 4Runner bore a license plate identifier that is known to me (the "4Runner License Plate"). The vehicle is registered to EAN Holdings (Enterprise Rent-A-Car). EAN Holdings records indicate that on May 15, 2023, the vehicle was being rented by HOLMAN.

41.    On May 14, 2023, an LPR captured the 4Runner License Plate traveling northbound at 11:25 PM on the George Washington Bridge. At 11:36 PM, the 4Runner License Plate was captured traveling northbound on I-87 in Yonkers, New York and then again traveling northbound on the Hutchinson River Parkway in Scarsdale, New York at 11:46 AM. A "lime rush" Toyota 4Runner is seen on video surveillance at 95 Fountain Street in New Haven at 2:35 AM[18] on May 15, 2023. The passenger of the "lime rush" Toyota 4Runner is seen stealing mail from the USPS collection boxes located in front of the post office at 95 Fountain Street in New Haven. A "lime rush" Toyota 4Runner is then seen on video surveillance at 589 Campbell Ave

---

[18] Time adjusted from system time to actual time.  Reference footnote 6 for time difference.

in West Haven at 2:42 AM.[19]  The passenger of the "lime rush" Toyota 4Runner is seen stealing mail from the USPS collection boxes located in front of the post office at 589 Campbell Ave in West Haven. On May 15, 2023, an LPR captured the 4Runner License Plate traveling southbound on I-95 in Rye, New York at 4:44 AM. At 5:21 AM, the 4Runner License Plate was captured going southbound on the George Washington Bridge. The LPR activity is consistent with the "lime rush" Toyota 4Runner traveling from and to the Subject Premises to New Haven, Connecticut and West Haven, Connecticut to steal mail.

*Surveillance Footage at the Apartment Complex of the Subject Premises*

42.     At approximately 10:25 PM on May 14, 2023, a "lime rush Toyota 4Runner matching the description from the May 15, 2023 New Haven and West Haven mail theft incidents is seen entering the parking garage of the Subject Premises and then parking in the area where HOLMAN's reserved parking spot is. At approximately 10:29 PM, an individual resembling Suspect 1, and whom I recognize in the footage as HOLMAN, is seen entering the elevator lobby from the parking garage and continuing in the direction of the Subject Premises. At approximately 10:51 PM, HOLMAN is seen entering the elevator lobby from the direction of the Subject Premises holding two white postal tubs containing mail. At approximately 10:54 PM, the "lime rush" Toyota 4Runner matching the description of the May 15, 2023 New Haven and West Haven mail theft incidents is seen exiting

---

[19] Time adjusted from system time to actual time.  Reference footnote 7 for time difference.

the area where HOLMAN's parking spot is in the parking garage. At approximately 10:56 PM, the "lime rush" Toyota 4Runner leaves the parking garage.

43.     At approximately 5:38 AM on May 15, 2023, a "lime rush" Toyota 4Runner matching the description of the May 15, 2023 New Haven and West Haven mail theft incidents entered the parking garage of the Subject Premises and then parked in the area where HOLMAN'S reserved parking spot is. At approximately 5:42 AM, HOLMAN is seen entering the elevator lobby from the parking garage and continuing in the direction of the Subject Premises holding two white postal tubs containing mail.

44.     On May 31, 2023, I reviewed a copy of the agreement governing the leasing of the Subject Premises. The agreement lists HOLMAN, as well as another individual whose identity is known to me, as the tenants of the Subject Premises. Additionally, as of May 9, 2023, USPS records indicate that HOLMAN is still receiving mail at the Subject Premises.

## III.     <u>CONCLUSION</u>

45.     Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe, and I do believe, that HOLMAN has violated Title 18, United States Code, Section 1704 (possession of a postal key), Section 1707 (theft of property used by Postal Service) and Section 1708 (theft or receipt of stolen mail matter generally). Therefore, I request that the Court issue an

arrest warrant for HOLMAN for the violation listed above.

Respectfully submitted,

**Joshua Governale** Digitally signed by Joshua
Governale
Date: 2023.06.09 09:12:52 -04'00'
_____
JOSHUA L. GOVERNALE
Postal Inspector
United States Postal Inspection Service

The truth of the foregoing affidavit has been attested to me by Postal Inspector
Joshua L. Governale over the telephone on this 9th day of June 2023.

_____
HONORABLE MARIA E. GARCIA
United States Magistrate Judge